AO 91 (Rev 5/85) Criminal Complaint

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 5 - 1996
GEORGE A. RAY, Clerk
UTICA
RECEIVED

# United States District Court

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Name: GAUTAMKUMAR HIRALAL SANGHAVI
Address: 39 82 65 PLACE 2A
WOODSIDE, NY
Birthdate: MAY 13, 1962
(Name and Address of Defendant)

CASE NUMBER: 96-MG-152

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 23, 1996__ in __FRANKLIN__ county, in the __Northern__ District of __New York__ defendant(s) did, (Track Statutory Language of Offense)

knowing and in reckless disregard of the fact that RAFIKALI MAREDIYA, RASHID MAKNOJIA, SADRUDDIN DHUKA, RAFIK MAKNOJIA, MUSTAK KAREDIYA, and BARKAT MAREDIYA, all aliens, had come to, entered, or remained in the United States in violation of law, did attempt to transport and move such aliens within the United States by means of an automobile in furtherance of such violation of law.

U.S. DISTRICT COURT
N. D. OF N. Y.
FILED
MAR 2 5 1996
AT ___ O'CLOCK ___ M.
GEORGE A. RAY, Clerk
UTICA

in violation of Title __8__ United States Code, Section(s) __1324 (a) (1) (A) (ii)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

That on March 23, 1996, defendant did make arrangements to transport RAFIKALI MAREDIYA, RASHID MAKNOJIA, SADRUDDIN DHUKA, RAFIK MAKNOJIA, MUSTAK KAREDIYA, and BARKAT MAREDIYA, all illegal aliens and citizens of India and did transport said aliens within the United States in a 1996 Dodge Caravan, white, 4 door, bearing New Jeresy License Plates K696ZE, after said aliens had been smuggled into the United States from Canada as passengers in a small boat. Defendent was surveilled by Trooper John Stubbe of the New York State Police, Massena, New York Station as he Made arrangements with taxi cabs for above said aliens to be transported to the New York City area. Defendent and above said aliens were temporarily detained and turned over to Border Patrol Agent Danny Witkop.

Continued on the attached sheet and made a part hereof:   [ ] Yes   [X] No

_____
Signature of Complainant
Isaias Lopez

Sworn to before me and subscribed in my presence.

March 25, 1996                     at   Rouses Point, New York
Date                                      City and State

_____
Signature of Judicial Officer

Henry Van Acker, Jr., U.S. Magistrate Judge
Name & Title of Judicial Officer