U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 8 - 1996
GEORGE A. RAY, Clerk
UTICA

AO 86A (Rev. 4/91) Consent to Proceed – Misdemeanor

# United States District Court

**Northern** ——————— DISTRICT OF ——————— **New York**

UNITED STATES OF AMERICA

V.

GAUTAMKUMAR HIRALAL SANGHAVI

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE**

CASE NUMBER: 96-MG-152

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.**

Waive (give up) my right to a lawyer.

X _____Gth Sang_____ , Defendant

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
MAR 2 5 1996
____ O'CLOCK ____ M.
GEORGE A. RAY, Clerk
UTICA

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**   X ____Gh. Sang____

_____
Defendant

Consented to by United States _____

_____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X ____Gh. Sang____ , 

_____
Defendant

_____
Defendant's Attorney (If any)

Approved By: ____Henry Van Arber____
U. S. Magistrate Judge

25 MARCH 1996
Date