Hilalal
96-MG-152

RETURN

(4)

...fendant delivered on 03-27-96 to CLINTON CO. JAIL, 25 McCARTHY DRIVE, PLATTSBURGH, NY 12901 Jail

_____ the institution designated by the ...torney General with a certified copy of the within Judgement and Commitment.

EDWARD J. KELLY, US Marshal

By: _____

Title: _____

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 0 2 1996
AT _____ O'CLOCK _____ M.
GEORGE A. RAY, Clerk
UTICA

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 2 1996
GEORGE A. RAY, Clerk
UTICA